1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2738



FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH  )   Case No. 2:08-SW-0133 DAD
OF: SEALED                    )
                              )
                              )
                              )

SEALING ORDER

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that documents in the above referenced case shall be sealed until further order of the Court.

DATED: 4/17/08

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge