| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | S. ROBERT TICE-RASKIN |
| | Assistant U.S. Attorney |
| 3 | 501 "I" Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2738 |

**FILED**

APR 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:
    440 WESTLAKE DRIVE
    WEST SACRAMENTO, CA

)
)
)
)
)
)

Case No. SW-08-0133 DAD

EX PARTE APPLICATION FOR ORDER
TO UNSEAL SEARCH WARRANT
DOCUMENTS; [PROPOSED] ORDER

**APPLICATION**

On April 17, 2008, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant, the search warrant, the application to seal and the order to seal. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed.

///
///
///
///
///
///
///
///
///

Accordingly, the Government respectfully requests that the noted documents be unsealed.

DATED: April 21, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; (2) the search warrant; (3) the application to file search warrant documents under seal; and (4) the order to file search warrant documents under seal.

Date: April 21, 2009

HONORABLE DALE A. DROZD
United States Magistrate Judge